UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SHACKS,

          Plaintiff,          Civil Action No.
                                          08-CV-13981
vs.

                                          PAUL D. BORMAN
COMMISSIONER OF SOCIAL SECURITY,    UNITED STATES DISTRICT JUDGE

          Defendant.
_____/

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT**

On October 21, 2009, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R&R") in which he recommends that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. No objections have been filed, and the time to do so has expired. This Court has had an opportunity to fully review this matter and finds that Magistrate Judge Whalen has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Whalen's R&R dated October 21, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [docket entry 13] is denied.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [docket entry

16] is granted.

                                              S/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 15, 2009.

                                              S/Denise Goodine  
                                              Case Manager